Case 2:24-mj-00037   Document 1   Filed on 02/03/24 in TXSD   Page 1 of 1

United States Courts
Southern District of Texas
**FILED**
*February 03, 2024*

Nathan Ochsner, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
**vs.**

Hilario LUMBRERAS-Huerta

**CRIMINAL COMPLAINT**

Case Number: **2:24-MJ-37**

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about February 02, 2024 in Kenedy County, in the Southern District Of Texas defendant(s)

Hilario LUMBRERAS-Huerta, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Sarita, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) Border Patrol Agent and that this complaint is based on the following facts:

On February 02, 2024, Border Patrol Agents encountered Hilario LUMBRERAS-Huerta, attempting to circumvent the United States Border Patrol Checkpoint near Sarita, Texas. Agents determined LUMBRERAS to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed LUMBRERAS was ordered removed from the United States by a designated official on April 3rd, 2010 and was physically removed from the United States to Mexico on April 5th, 2010 via Brownsville, Texas. LUMBRERAS stated he last entered the United States illegally on or about January 24, 2024 near Brownsville, Texas. There is no evidence to indicate LUMBRERAS has applied for re-admission into the United States from any lawful authority.

I DECLARE UNDER PENALTY OF PERJURY THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

Signature of Complainant

Rocha-Iii, Rosendo   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

February 03, 2024          at   Corpus Christi, Texas
Date                                   City/State

Jason B. Libby          U.S. Magistrate Judge
Name of Judge          Title of Judge          Signature of Judge